JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JOSEPH POSARD, et al., | CV 23-10460 PA (Ex) |
| Plaintiffs, | JUDGMENT |
| v. | |
| LOS ANGELES COUNTY SHERIFFS DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to the Court's December 5, 2024 Minute Order granting the Motion to Dismiss Plaintiffs' Second Amended Complaint, filed by defendants County of Los Angeles, Los Angeles County Sheriff's Department, Los Angeles County Department of Health Services, and Los Angeles County Sheriff Robert Luna (collectively, "Defendants"), and the Court's August 21, 2024 Order Granting the Parties' Joint Stipulation Regarding Plaintiff's Voluntarily Dismissal of State Claims,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Judgment shall be entered on behalf of Defendants on all claims asserted in the operative Second Amended Complaint (Docket No. 55);

2. All claims asserted against defendant Sheriff Alex Villanueva in the Second Amended Complaint are dismissed with prejudice;

3. Plaintiffs shall take nothing; and

4. Defendants shall have their costs of suit.

DATED: December 5, 2024

                                          Percy Anderson
                                  UNITED STATES DISTRICT JUDGE